UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>CORNERSTONE ACQUISITION AND MANAGEMENT COMPANY, LLC; DERREN L. GEIGER; and SHE HWEA NGO,<br><br>         Defendants. | Case No.: 22-CV-765-JLS-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND INITIAL CASE MANAGEMENT CONFERENCE** |

   Pending before the Court is the Parties' Joint Stipulation to Continue Early Neutral Evaluation Conference and Initial Case Management Conference ("Joint Motion"). (Doc. No. 17.) In relevant part, the Parties move the Court to continue the November 21, 2022 Early Neutral Evaluation Conference ("ENE") to December 5, 2022. The Parties explain that counsel for the Securities and Exchange Commission ("SEC") is not available on November 21, 2022 because they will be out of the country, and that the Parties are both available to participate in the ENE on December 5, 2022. The Parties add they "agree that the remaining dates in the Court's Notice and Order need not change" and a continuance would "have little impact [on] the discovery schedule." (*Id*., 2., ¶¶ 4-5.)

Having reviewed and considered the Parties' submission, the Court finds good cause underlies the Motion. Accordingly, the Court CONTINUES the November 21, 2022 ENE to **Monday, December 5, 2022 at 1:00 p.m. PST.** No other dates and deadlines as set forth in the Court's September 29, 2022 Notice and Order for Early Neutral Evaluation Conference; Case Management Conference; and Telephonic Pre-Early Neutral Evaluation Conference shall be modified. (Doc. No. 16.)

**IT IS SO ORDERED.**

DATED: October 17, 2022

Hon. William V. Gallo
United States Magistrate Judge